NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS W. ABRUZZO,**
*Petitioner,*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2011-3218

---

Petition for review of the Merit Systems Protection Board in case no. CB7521100014-T-1.

---

**ON MOTION**

---

## ORDER

Douglas W. Abruzzo (Abruzzo) moves to clarify the status of parties affected by the final order below. The Social Security Administration (SSA) opposes. Abruzzo also submitted a motion to clarify identification of evidentiary exhibits in the record on appeal but has now moved to withdraw that motion.

In its opposition, SSA points out that they oppose Mr. Abruzzo's underlying request to name OPM and the MSPB

as parties to this appeal, and that counsel for OPM and the MSPB have authorized SSA to state that those agencies do not seek to intervene in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Abruzzo's motion to clarify status of parties affected by the final order is denied.

(2) Abruzzo's motion to withdraw his prior motion to clarify identification of evidentiary exhibits in the record on appeal is granted.

(3) All other pending motions are denied.

FOR THE COURT

**DEC 2 1 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Douglas W. Abruzzo
    Allison Kidd-Miller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK